UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KANDANCE WELLS | CIVIL ACTION NO. 23-1412 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| OCHSNER L S U HEALTH SHREVEPORT ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action is dismissed without prejudice for failure to make timely service as required by Fed. R. Civ. Pro. 4(m) and for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE